```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION
```

FELIPE GONZALEZ-COSS                                    PETITIONER

v.                          CIVIL ACTION NO.: 3:23-cv-2962-TSL-MTP

WARDEN C. HARRISON                                      RESPONDENT

<u>ORDER</u>

This cause is before the court on the report and recommendation of Magistrate Judge Michael T. Parker entered on March 14, 2024, recommending that Gonzalez-Coss' § 2241 petition be dismissed. Petitioner Felipe Gonzalez-Coss has not filed an objection and the time for doing so has expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Michael T. Parker entered on March 14, 2024, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the petition is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this _8th__ day of April, 2024.

                              /s/ Tom S. Lee
                         UNITED STATES DISTRICT